IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENNIFER YOUNG**                                                                                          **PLAINTIFF**

vs.                                           No. 4:22-cv-467-KGB

**THE MAPLES INSURANCE AGENCY, LLC,**                             **DEFENDANTS**
**GARRY D. JONES INSURANCE, INC.**
**And MURRAY DAVID MAPLES III**

### JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Jennifer Young and Defendants The Maples Insurance Agency, LLC, Garry D. Jones Insurance, Inc. and Murray David Maples III, by and through their respective undersigned counsel, submit the following for their Joint Stipulation of Dismissal with Prejudice:

1.      Plaintiff brought this action against Defendants alleging violations of the overtime provisions of the Fair Labor Standards Act, 29 U.S.C. § 201, *et seq.* ("FLSA"), and the Arkansas Minimum Wage Act, Ark. Code Ann. § 11-4-201, *et seq.* ("AMWA"). The Defendants have denied the material facts alleged in support of Plaintiff's claims, and have denied all liability arising therefrom.

2.      After arm's length negotiations in which Plaintiff and Defendants were represented by counsel, Plaintiff and Defendants reached an agreement that resolves all claims in this lawsuit; Plaintiff and Defendants believe their agreement is a fair, reasonable and adequate compromise of a bona fide dispute.

Page 1 of 2
**Jennifer Young v. The Maples Insurance Agency, LLC, et al.**
**U.S.D.C. (C.D. Ark.) Case No. 4:22-cv-467-KGB**
**Joint Stipulation of Dismissal with Prejudice**

3. The parties now file this stipulation of dismissal with prejudice pursuant to Rule 41(a)(1)(A)(ii), which allows a case to be dismissed by stipulation if signed by all parties who have appeared.

4. The parties hereby stipulate to the dismissal of this action with prejudice, with each side to bear its own fees and costs.

    Respectfully submitted,

    **JENNIFER YOUNG, PLAINTIFF**

    SANFORD LAW FIRM, PLLC
    Kirkpatrick Plaza
    10800 Financial Centre Pkwy, Suite 510
    Little Rock, Arkansas 72211
    Telephone: (501) 221-0088
    Facsimile: (888) 787-2040

    Colby Qualls
    Ark. Bar No. 2019246
    colby@sanfordlawfirm.com

    Josh Sanford
    Ark. Bar No. 2001037
    josh@sanfordlawfirm.com

**and**    **THE MAPLES INSURANCE AGENCY, LLC, GARRY D. JONES INSURANCE, INC. and MURRAY DAVID MAPLES III, DEFENDANTS**

    Jensen Young & Butler, PLLC
    P. O. Box 1500
    Benton, Arkansas 72018
    Telephone: (501) 315-2255
    Facsimile: (501) 315-355

    /s/ Perry Y. Young
    Perry Y. Young
    Ark. Bar No. 97091
    pyoung@jyb.com

Page 2 of 2
Jennifer Young v. The Maples Insurance Agency, LLC, et al.
U.S.D.C. (C.D. Ark.) Case No. 4:22-cv-467-KGB
Joint Stipulation of Dismissal with Prejudice