IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**JENNIFER YOUNG**                                                               **PLAINTIFF**

**v.**                         **Case No. 4:22-cv-00467 KGB**

**MAPLES INSURANCE AGENCY, LLC,
GARRY D. JONES INSURANCE, INC.,
and MURRAY DAVID MAPLES, III**                                        **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal with prejudice (Dkt. No. 17). The parties represent that they have reached an agreement to settle this case and request that it be dismissed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) (*Id.*). As the parties' stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court adopts the stipulation of dismissal and dismisses this case with prejudice (*Id.*).

It is so ordered this 18th day of July, 2023.

*[signature: Kristine G. Baker]*

Kristine G. Baker
United States District Judge